USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-2203 UNITED STATES, Appellee, v. RICARDO GONZALEZ, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Douglas P. Woodlock, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Selya and Boudin, Circuit Judges. ______________ ____________________ Charles W. Rankin and Rankin & Sultan on brief for appellant. _________________ _______________ Donald K. Stern, United States Attorney, and William F. Sinnott, ________________ __________________ Assistant U.S. Attorney, on brief for appellee. ____________________ February 20, 1998 ____________________ Per Curiam. We perceive no error in the district ___________ court's adherence to our decision in United States v. Clase- _____________ ______ Espinal, 115 F.3d 1054, 1059-60 (1st Cir.), cert. denied, 118 _______ ____________ S.Ct. 384 (1997), and defendant offers no substantial reason to revisit or distinguish that decision. In all events, we, as a panel, are bound by the panel decision in Clase-Espinal. _____________ See, e.g., United States v. Wogan, 938 F.2d 1446 (1st Cir. ___ ____ _____________ _____ 1991). Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ -2-